(1) The Court of Appeals for Veterans Claims' decisions are reversed and the cases are remanded.

(2) Each side shall bear its own costs.

**William M. DUFFY, Claimant–Appellant,**

**v.**

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 04–7127.**

United States Court of Appeals, Federal Circuit.

Aug. 10, 2004.

Kenneth D. Woodrow, Principal Attorney, Todd M. Hughes, Jamie L. Mueller,

David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

David Sean Barnett, Principal Attorney, Shaw Pittman, Washington, DC, for Claimant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).